United States District Court
Southern District of Ohio

## Related Case Memorandum
### Criminal Cases

TO: Judge Watson and Judge Sargus

FROM: Spencer D. Harris, Deputy Clerk

DATE: October 20, 2025

SUBJECT: Case Caption: USA v. David B. Ector

CASE: Case Number: 2:25-CR-171

DISTRICT JUDGE: Judge Watson

File Date: October 20, 2025

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: USA v. Washington, et al.,

Case Number: **2:22-CR-117**  District Judge: **Sargus**

File Date: **June 30, 2022**  Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:  District Judge:

File Date:  Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk    **Spencer D. Harris**
as follows:

**Judges' Response:**

- ☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

- ☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Sargus

- ☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

- ☐ We are unable to agree and will accept any decision made by the Chief Judge.

- ☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

- ☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

- ☐ Other Direction of Judge: _____

s/Edmund A. Sargus, Jr. 10/20/2025
United States District Judge

*Michael H. Watson*
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*