**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | CASE NUMBER 2:25-CR-171 |
| | : | |
| DAVID B. ECTOR, | : | JUDGE EDMUND A. SARGUS, JR. |
| | : | |
| Defendant. | : | Magistrate Judge Jolson |
| | : | |

**DEFENDANT'S MOTION FOR CONTINUANCE**

Now comes the Defendant, by and through counsel, respectfully requesting this Court to continue his bond hearing and arraignment scheduled for November 20, 2025.

Respectfully submitted,

FREDERICK D. BENTON, JR.
A Legal Professional Association

/s/ Frederick D. Benton, Jr.
Frederick D. Benton, Jr.
Ohio Supreme Court #0022800
Trial Counsel for Defendant
98 Hamilton Park
Columbus, Ohio 43203
(614) 732-4693
fred@fdbentonlaw.com

## MEMORANDUM IN SUPPORT

A Bill of Information has been filed charging the Defendant with one count of Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, Cocaine, and Marijuana, in violation of 21 U.S.C. §§841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(A)(ii) and 841(b)(1)(C); Felon in Possession of a Firearm, in violation of 18 U.S.C. §§922(g)(1) and 924(a)(8); and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §1956(h).

A bond hearing and arraignment are scheduled for Thursday, November 20, 2025.  On this same date, counsel will be attending a seminar sponsored by the Ohio Association of Criminal Defense Lawyers. Counsel's attendance is required because this course will help maintain his certification as lead counsel in death penalty cases as mandated by the Ohio Supreme Court.  Also, this course is needed to meet counsel's biennial reporting requirements.

Neither the Government nor Mr. Ector objects to this request.

Counsel also requests that a new date be scheduled after the end of November to avoid conflict with the Thanksgiving holiday.

Therefore, Defendant respectfully petitions this Court to grant said motion.

Respectfully submitted,

FREDERICK D. BENTON, JR.
A Legal Professional Association

/s/ Frederick D. Benton, Jr.
Frederick D. Benton, Jr.
Ohio Supreme Court #0022800
Trial Counsel for Defendant
98 Hamilton Park
Columbus, Ohio 43203
(614) 732-4693
fred@fdbentonlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion was delivered by ECF filing and/or email, on this the  7th   day of November, 2025 as follows:

      Emily Czerniejewski
      Timothy D. Prichard
      U.S. ATTORNEY'S OFFICE
      303 Marconi Boulevard, Suite 200
      Columbus, Ohio 43215
      Emily.czerniejewski@usdoj.gov
      Timothy.prichard@usdoj.gov

      Respectfully submitted,

      FREDERICK D. BENTON, JR.
      A Legal Professional Association

      /s/ Frederick D. Benton, Jr.
      Frederick D. Benton, Jr.
      Ohio Supreme Court #0022800
      Trial Counsel for Defendant
      98 Hamilton Park
      Columbus, Ohio 43206
      (614) 732-4693
      fred@fdbentonlaw.com