**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN OHIO DISTRICT**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**DAVID B. ECTOR,**

**Defendant.**

**Case No. 2:25-cr-171**
**JUDGE EDMUND A. SARGUS, JR.**

**ORDER**

The undersigned judge hereby recuses himself from the above case.

**IT IS SO ORDERED.**

**Date: 8/6/2026**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR., JUDGE**
**UNITED STATES DISTRICT JUDGE**